# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Jennifer Billy<br><br>     Plaintiff,<br><br>v.<br><br>Allied International Credit Corporation<br><br>     Defendant. | CASE NO.: 3:08-cv-50057<br><br>JUDGE: Philip G. Reinhard<br><br><br><br>**NOTICE OF DISMISSAL**<br>**WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:     /s/ Jeffrey S. Hyslip__
        Jeffrey S. Hyslip
        Attorney for Plaintiff
        The Sears Tower
        233 S. Wacker Dr., Suite 5150
        Chicago, IL 60606
        Telephone: 1.866.339.1156
        Jsh@legalhelpers.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2008 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

Allied International Credit Corporation
c/o Lexis Document Services,
Registered Agent
801 Adlai Stevenson Dr.
Springfield, IL. 62703

                                            /s/ Jeffrey Hyslip