## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50057 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Jennifer Billy v. Allied International Credit Corporation | | |

**DOCKET ENTRY TEXT:**

Pursuant to notice of dismissal by plaintiff [6], this case is dismissed with prejudice.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|